MICHAEL NOONAN, Respondent, *v.* JOHN H. STRAHAN, Appellant.

(Argued March 3, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 27, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*David J. Dean* for appellant.

*L. Laflin Kellogg* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.